TONI H. CARBONE (SBN 210119)
ATTORNEY AT LAW
1230 High Street, Suite 220
Auburn, CA. 95603
(530) 885-6244
Fax (530) 885-8245

Attorney for Defendant
SYLDARIUS GRANT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>SYLDARIUS GRANT,<br><br>  Defendant. | ) No. CR-S-09-534 MCE<br>)<br>)<br>) STIPULATION AND<br>) ORDER CONTINUING STATUS<br>) CONFERENCE<br>)<br>) Date:  April 1, 2010<br>) Time:  9:00 a.m.<br>) Judge: Hon. Morrison C. England, Jr.<br>)<br>)<br>)<br>) |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Mary L. Grad, Assistant United States Attorney, together with counsel for defendant Syldarius Grant, Toni H. Carbone, Esq., that the status conference presently set for April 1, 2010 be **continued to April 29, 2010, at 9:00 a.m.,** thus **vacating** the presently set status conference.

    Counsel for the defendant has requested that the Probation Office prepare a pre-plea criminal history report for her client.  That report has not yet been received or reviewed therefore counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code§ 3161(h)(7)(B)(iv) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, April 29, 2010 .

1

IT IS SO STIPULATED.

Dated: March 31, 2010                                      /s/  Toni H. Carbone
                                                           TONI H. CARBONE
                                                           Attorney for Defendant
                                                           Syldarius Grant

Dated: March 31, 2010                                      Benjamin B. Wagner
                                                           United States Attorney

                                                  by:      /s/ Toni Carbone for
                                                           MARY L. GRAD
                                                           Assistant U.S. Attorney

TONI H. CARBONE (SBN 210119)
ATTORNEY AT LAW
1230 High Street, Suite 220
Auburn, CA. 95603
(530) 885-6244
Fax (530) 885-8245

Attorney for Defendant
SYLDARIUS GRANT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>SYLDARIUS GRANT,<br><br>  Defendant. | )  No. CR-S-09-534 MCE<br>)<br>)<br>)  ORDER TO<br>)   CONTINUE STATUS CONFERNCE<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

  GOOD CAUSE APPEARING, it is hereby ordered that the April 1, 2010 status conference be continued to April 29, 2010 at 9:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFOR IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4 from the date of this order to April 29, 2010.

IT IS SO ORDERED.

Dated: April 2, 2010

                 _____
                 MORRISON C. ENGLAND, JR
                 UNITED STATES DISTRICT JUDGE

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4