TONI H. CARBONE (SBN 210119)
ATTORNEY AT LAW
1230 High Street, Suite 220
Auburn, CA. 95603
(530) 885-6244
Fax (530) 885-8245

Attorney for Defendant
SYLDARIUS GRANT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | No. CR-S-09-534 MCE |
|                             ) | |
|     Plaintiff,              ) | STIPULATION AND |
|                             ) | ORDER CONTINUING STATUS |
| v.                          ) | CONFERENCE |
|                             ) | |
| SYLDARIUS GRANT,            ) | Date:  April 29, 2010 |
|                             ) | Time:  9:00 a.m. |
|     Defendant.              ) | Judge: Hon. Morrison C. England, Jr. |
|                             ) | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Mary L. Grad, Assistant United States Attorney, together with counsel for defendant Syldarius Grant, Toni H. Carbone, Esq., that the status conference presently set for April 29, 2010 be **continued to June 10, 2010, at 9:00 a.m.,** thus **vacating** the presently set status conference.

Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code§ 3161(h)(7)(B)(iv) (continuity of counsel/ reasonable time for effective preparation, specifically the parties are working towards a resolution) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, June 10, 2010 .

1

IT IS SO STIPULATED.

Dated: April 27, 2010         /s/  Toni H. Carbone
                              TONI H. CARBONE
                              Attorney for Defendant
                              Syldarius Grant

Dated: April 27, 2010         Benjamin B. Wagner
                              United States Attorney

                     by:      /s/ Toni Carbone for
                              MARY L. GRAD
                              Assistant U.S. Attorney

TONI H. CARBONE (SBN 210119)
ATTORNEY AT LAW
1230 High Street, Suite 220
Auburn, CA. 95603
(530) 885-6244
Fax (530) 885-8245

Attorney for Defendant
SYLDARIUS GRANT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-09-534 MCE |
| Plaintiff, | ) |
| v. | ) ORDER TO |
| | ) CONTINUE STATUS CONFERNCE |
| SYLDARIUS GRANT, | ) |
| Defendant. | ) |

GOOD CAUSE APPEARING, it is hereby ordered that the April 29, 2010 status conference be continued to June 10, 2010 at 9:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFOR IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4 from the date of this order to June 10, 2010.

IT IS SO ORDERED.
Dated:  April 27, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3