```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MARY L. GRAD
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-CR-00534-MCE |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| SYLDARIUS GRANT, | |
| Defendant. | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Syldarius Grant, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), defendant Syldarius Grant's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a) a Fabrique Nationale D-Armes 9mm semiautomatic pistol, Herstal Belqique model (Serial Number 92472).

2. The above-listed property constitutes a firearm involved in or used in a knowing violation of 18 U.S.C. § 922(g)(1).

///

1  3. Pursuant to Rule 32.2(b), the Attorney General (or a
2 designee) shall be authorized to seize the above-listed property.
3 The aforementioned property shall be seized and held by the Bureau
4 of Alcohol, Tobacco, Firearms and Explosives, in its secure custody
5 and control.

6  4. a. Pursuant to 28 U.S.C. § 2461(c), incorporating 21
7 U.S.C. § 853(n), and Local Rule 171, the United States shall publish
8 notice of the order of forfeiture.  Notice of this Order and notice
9 of the Attorney General's (or a designee's) intent to dispose of the
10 property in such manner as the Attorney General may direct shall be
11 posted for at least 30 consecutive days on the official internet
12 government forfeiture site [www.forfeiture.gov](http://www.forfeiture.gov).  The United States
13 may also, to the extent practicable, provide direct written notice
14 to any person known to have alleged an interest in the property that
15 is the subject of the order of forfeiture as a substitute for
16 published notice as to those persons so notified.

17   b. This notice shall state that any person, other than
18 the defendant, asserting a legal interest in the above-listed
19 property, must file a petition with the Court within sixty (60) days
20 from the first day of publication of the Notice of Forfeiture posted
21 on the official government forfeiture site, or within thirty (30)
22 days from receipt of direct written notice, whichever is earlier.
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1      5.   If a petition is timely filed, upon adjudication of all
2 third-party interests, if any, this Court will enter a Final Order
3 of Forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. §
4 2461(c), in which all interests will be addressed.
5      IT IS SO ORDERED.
6  Dated: August 24, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE