TONI H. CARBONE (SBN 210119)
ATTORNEY AT LAW
1230 High Street, Suite 220
Auburn, CA. 95603
(530) 885-6244
Fax (530) 885-8245

Attorney for Defendant
SYLDARIUS GRANT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-09-534 MCE |
| Plaintiff, | ORDER CONTINUING SENTENCING |
| v. | Date:  October 14, 2010<br>Time:  9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |
| SYLDARIUS GRANT, | |
| Defendant. | |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for October 14, 2010. Counsel for the defendant requests that the date for judgment and sentencing be continued to October 28, 2010 at 9:00am.

2. The parties and United States Probation hereby requests that the court adopt the following schedule pertaining to the presentence report:

| | |
|---|---|
| **Judgment and Sentencing date:** | **10/28/10** |
| Reply, or Statement of Non-Opposition: | 10/21/10 |
| Motion for Correction of the Presentence Report<br>Shall be filed with the Court and served on the<br>Probation Officer and opposing counsel no later than: | 10/14/10 |

1

| | |
|---|---|
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 10/7/10 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 9/30/10 |
| The proposed Presentence Report shall be disclosed to Counsel no later than: | 9/16/10 |

Dated:  August 30, 2010                              //s/ Toni Carbone
                                                                         TONI CARBONE
                                                                         Attorney for defendant
                                                                         Syldarius Grant

Dated: August 30, 2010                               /s/ Mary Grad
                                                                         MARY GRAD
                                                                         Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the date for the judgment and sentence of defendant Syldarius Grant be continued from October 14, 2010 to October 28, 2010. The court hereby adopts the schedule concerning the presentence report as stipulated to by the parties and set forth herein.

DATED: August 30, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE