1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                   EASTERN DISTRICT OF CALIFORNIA
8
9  UNITED STATES,                      No. 2:09-cr-00534-MCE
10           Plaintiff,
11      v.                             **ORDER REGARDING SENTENCING MEMORANDA**
12  SYLDARIUS GRANT,
13           Defendant.
    _____/
14
       If any party wishes to file a sentencing memorandum in advance of imposition of judgment and sentencing, said memorandum shall be filed on or before 5:00 p.m., seven (7) calendar days in advance of the date set for judgment and sentencing.  Any response thereto shall be filed on or before 3:00 p.m., (3) calendar days in advance of the date set for judgment and sentencing.  The parties are cautioned that if any sentencing memoranda is filed late, the judgment and sentencing date may be vacated and the matter continued.
       IT IS SO ORDERED.
     Dated: September 7, 2010

                                      _____
                                      MORRISON C. ENGLAND, JR.
                                      UNITED STATES DISTRICT JUDGE