BENJAMIN B. WAGNER
United States Attorney
MARY L. GRAD
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:09-CR-00534-MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| SYLDARIUS GRANT, | ) | |
| | ) | |
| Defendant. | ) | |

WHEREAS, on or about August 25, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Syldarius Grant forfeiting to the United States the following property:

    a)    a Fabrique Nationale D-Armes 9mm semiautomatic pistol, Herstal Belqique model (Serial Number 92472).

AND WHEREAS, beginning on August 27, 2010, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.

///

1  Said published notice advised all third parties of their right to
2  petition the Court within sixty (60) days from the first day of
3  publication of the notice for a hearing to adjudicate the
4  validity of their alleged legal interest in the forfeited
5  property;

6  AND WHEREAS, the Court has been advised that no third party
7  has filed a claim to the subject property, and the time for any
8  person or entity to file a claim has expired.

9  Accordingly, it is hereby ORDERED and ADJUDGED:

10  1.  A Final Order of Forfeiture shall be entered forfeiting
11  to the United States of America all right, title, and interest in
12  the above-listed property pursuant to 18 U.S.C. § 924(d)(1) and
13  28 U.S.C. § 2461(c), to be disposed of according to law,
14  including all right, title, and interest of Syldarius Grant

15  2.  All right, title, and interest in the above-listed
16  property shall vest solely in the name of the United States of
17  America.

18  3.  The Bureau of Alcohol, Tobacco, Firearms and Explosives
19  shall maintain custody of and control over the subject property
20  until it is disposed of according to law.

21  IT IS SO ORDERED.

Dated: November 30, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE