UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
April 20, 2016
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SYLDARIUS GRANT,

    Defendant.

Case No. 2:09-cr-00534-MCE

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  SYLDARIUS GRANT ,

Case No.  2:09-cr-00534-MCE  Charge from custody for the following reasons:

    **X**   Release on Personal Recognizance

    _____ Bail Posted in the Sum of $ _____

        _____ Unsecured Appearance Bond $ _____

        _____ Appearance Bond with 10% Deposit

        _____ Appearance Bond with Surety

        _____ Corporate Surety Bail Bond

        **X**  (Other): Released under same conditions of supervision previously imposed.

Issued at Sacramento, California on April 20, 2016 at  2:30 pm

By: _____

Magistrate Judge Carolyn K. Delaney